(78 South. 308)

### CHILDS v. STATE. (4 Div. 529.)

(Court of Appeals of Alabama. March 12, 1918.)

CRIMINAL LAW ⊜⇒304(17)—JUDICIAL NOTICE —RULES AND REGULATIONS OF LIVE STOCK SANITARY BOARD.

The rules and regulations authorized to be enacted by the state live stock sanitary board, when adopted, are in the nature of ordinances, and as such must be pleaded and proved before the courts will permit them to become the basis for a criminal prosecution for failure to comply therewith.

Appeal from Circuit Court, Pike County; A. B. Foster, Judge.

W. A. Childs was convicted of failing to dip cattle, and appeals. Reversed and remanded.

The conviction of defendant was on an affidavit made before a justice of the peace, charging that "he did unlawfully and willfully fail or refuse to dip all cattle owned by him or in his charge at the time and place designated by an inspector commissioned by the state live stock sanitary board after being notified to do so by said inspector, in violation of the rules and regulations of the said board, against the peace," etc.

J. L. R. Boyd, of Troy, for appellant. F. Loyd Tate, Atty. Gen., and Emmett S. Thigpen, Asst. Atty. Gen., for the State.

SAMFORD, J. The rules and regulations authorized to be enacted by the state live stock sanitary board, when adopted, are in the nature of ordinances, and as such must

---

⊜⇒For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

[1] 15 Ala. App. 367.

be pleaded and proved before the courts will permit them to become the basis for a criminal prosecution. We tried to give the correct rule in Powell v. State, 75 South. 269,[1] and while that part of the opinion was dictum in that case, we adhere to it here. The demurrer should have been sustained.

The judgment is reversed, and the cause is remanded.

Reversed and remanded.